**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Byron Bjordahl, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Waste Management, Inc., and Waste | ) | |
| Management Inc., of North Dakota, | ) | |
| | ) | Case No.  1:09-cv-071 |
| Defendants. | ) | |

Before the court is the Plaintiff's motion for attorney Timothy C. Selander to appear *pro hac vice* on his behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Mr. Selander has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motion (Docket No. 3) is **GRANTED**.  Attorney Timothy C. Selander is admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2009.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge