**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Byron Bjordahl, individually and on behalf of other similarly situated individuals, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Waste Management, Inc. and Waste Management of North Dakota, Inc., )<br>)<br>Defendants. ) | **ORDER**<br><br><br><br>Case No. 1:09-cv-071 |

_____

On December 8, 2009, the parties filed a Stipulation to Extend Deadline for Submission of First Responsive Pleading. The court **ADOPTS** the parties' stipulation (Docket No. 7). The Defendants shall have until December 31, 2009, to answer or otherwise respond to the Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2009.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge