**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Byron Bjordahl, individually and on behalf of other similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Waste Management, Inc., and Waste Management of North Dakota, Inc., | ) ) ) | |
| | ) | Case No.1:09-cv-071 |
| Defendant. | ) | |

_____

On December 29, 2009, the parties filed a Joint Motion for Temporary Stay of Proceedings. The court **GRANTS** the parties' motion (Docket No. 9). The above-entitled action shall be stayed pending further order of the court. The parties are to submit a status report by February 15, 2010, updating the court of global settlement efforts.

**IT IS SO ORDERED.**

                 */s/  Charles S.  Miller, Jr.*
                 Charles S.  Miller, Jr.
                 United States Magistrate Judge